UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

Debtor(s): CHRISTOPHER SALEM         Chapter 11     Case No. 14-00878

# NOTICE OF TRANSMITTAL TO DISTRICT COURT

The following document or matter is being transmitted to the district court for further attention:

| Bankruptcy Judge's Recommendation to Withdraw Reference |

Suggested Cause of Action (District CM/ECF):

| 28:0157d (28:0157 Motion for Withdrawal of Reference) |

Suggested Nature of Suit (District CM/ECF):

| 423 (Bankruptcy Withdrawal) |

☒ Filing fee paid or no fee due.      ☐ Filing fee not paid.

| Party | Christopher Salem | Role | Debtor |
| Party |                   | Role |        |
| Party |                   | Role |        |
| Party |                   | Role |        |

☒ Additional parties    ☒ Docket sheet attached    ☒ Attorney list attached

Pending motions and related documents will be transmitted upon entry of an order adopting the recommendation to withdraw reference.

Dated: January 13, 2015                    Michael B. Dowling, Clerk