# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re ) | Civ. No. 15-00014 ACK-KSC |
| ) | |
| CHRISTOPHER SALEM, ) | |
| ) | |
| Debtor. ) | |
| ) | |

## ORDER ADOPTING BANKRUPTCY JUDGE'S RECOMMENDATION

On January 13, 2015, United States Bankruptcy Judge Robert J. Faris issued his Recommendation that the District Court Withdraw the Reference of this Bankruptcy Case. (Doc. No. 1; U.S. Bankruptcy Court, District of Hawaii Case No. 14-00878, Doc. No. 146.) For the reasons stated in Judge Faris's Recommendation, and pursuant to 28 U.S.C. § 157(d), the Court ADOPTS the Recommendation and withdraws the reference of the instant chapter 11 case in its entirety. Any remaining proceedings in this case will be addressed by this district court.

IT IS SO ORDERED

DATED: Honolulu, Hawaii, January 21, 2015



_____
Alan C. Kay
Senior United States District Judge

In re Salem, CV 15-00014 ACK KSC, Order Adopting Bankruptcy Judge's Recommendation